UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIE HUGH WALKER, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | Case No. C03-1418L <br><br> ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT |

On March 15, 2005, plaintiff filed his "Motion for Reconsideration." (Dkt. #38). The Court denied the motion for reconsideration and relief from judgment under Federal Rule of Civil Procedure 60(b)(3). Plaintiff now brings a "Motion to Alter or Amend this Court's Judgment."

Plaintiff brings his motion pursuant to Federal Rule of Civil Procedure 59(e). That rule, however, requires that a motion to amend or alter judgment must be filed "no later than 10 days after entry of the judgment." Judgment was entered in this case on April 28, 2004; plaintiff's motion is therefore untimely.

Plaintiff also argues that relief from judgment is appropriate under Federal Rule of Civil Procedure 60(b)(5), which provides that a court may relieve a party from a final judgment or order if "the judgment has been satisfied, released, or discharged, or a prior judgment upon

ORDER DENYING MOTION TO
ALTER OR AMEND JUDGMENT- 1

1 which it is based has been reversed or otherwise vacated, or it is no longer equitable that the
2 judgment should have prospective application." Neither plaintiff's current motion nor his March
3 15, 2005 Motion for Reconsideration sets forth a basis for relief from judgment based on Rule
4 60(b)(5).
5  Accordingly, the Court DENIES plaintiff's motion to alter or amend the judgment (Dkt.
6 #40).

8  DATED this 26th day of April, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO
ALTER OR AMEND JUDGMENT- 2